■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ABRAHAMSEN, Appellant.— Pursuant to the stipulation of the parties, filed July 30, 1962, the pending appeal by the defendant from a judgment of the County Court, Queens County, rendered December 7, 1961, is withdrawn. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ (A) JOHN A. WALSH, Appellant, v. ALOYSIUS J. HENNING et al., Respondents. (B) JAMES WEAR, Respondent, v. METROPOLITAN JOCKEY CLUB, Appellant.— [In each action] Motion by appellant for reargument or for leave to appeal to the Court of Appeals, denied, with $10 costs. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ AXINN & SONS MILLWORK & SUPPLY CORP., Appellant, v. SANDWICK CONSTRUCTION Co., INC., et al., Respondents.— Motion by respondent Spruce Ridge Corporation to dismiss appeal from an order of the Supreme Court, Suffolk County, entered April 23, 1962, granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ CHARLES CARRADINE, an Infant, et al., Respondents, v. CITY OF NEW YORK, Appellant, et al., Defendants. THOMAS SANTIAGO, as Administrator of the Estate of ROBERT SANTIAGO, Deceased, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendants.— Motion by appellant for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ In the Matter of LENA KLEIN, as Administratrix of the Estate of SAMUEL KLEIN, et al., Respondents, v. ROBERT E. HERMAN, as State Rent Administrator, Appellant, and LENA GOLDSTEIN, Intervenor-Appellant.— Motion by intervenor-appellant for reargument or for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ NAT ROSS, Plaintiff, v. PAWTUCKET MUTUAL INSURANCE COMPANY, Defendant and Third-Party Plaintiff-Appellant. MAURICE MOSS et al., Third-Party Defendants-Respondents.— Motion by third-party plaintiff-appellant for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ STAHL SOAP CORPORATION, Respondent, v. CITY OF NEW YORK et al., Appellants.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ (A) In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for Street Purposes to Oakland Street. UNITED STATES OF AMERICA, Appellant; KINGS COUNTY TRUST COMPANY et al., Respondents. (B) PIERPONT ASSOCIATES, INC., Appellant, v. FOUR TWENTY CARROLL STREET BROOKLYN CORPORATION, Respondent.— [In each action] Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ GEORGE W. SEIF et al., Appellants, v. PAUL H. HOCH, as Commissioner of Mental Hygiene of the State of New York, Respondent.— Motion by appellants to restrain and enjoin defendant, pending appeal, denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT F. BARNES, Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent. — Motion by respondent to dismiss petitioner's appeal from an order of the Supreme Court, Westchester County, entered October 8, 1959, granted; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.